In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring a Temporary Easement with Respect to Certain Property in the Borough of Brooklyn Required by the New York City Tunnel Authority for the Brooklyn-Battery Tunnel.

FIORENZA VENDA et al., Appellants. (Proceeding No. 2.)

Argued April 5, 1945; decided May 17, 1945.

*George Schenker, Anthony Romano* and *Patrick J. Grace, Jr.,* for Fiorenza Venda and another, appellants.

*Joseph P. Imperato* and *Daniel McNamara* for Elizabeth De Mairo and another, appellants.

*Ignatius M. Wilkinson, Corporation Counsel (Benjamin Offner* and *Julius Isaacs* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J.